1  E. MARTIN ESTRADA
   United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division                    JS-6
4  CEDINA M. KIM
   Assistant United States Attorney
5  Senior Trial Attorney, Civil Division
6  GERALYN GULSETH
   Special Assistant United States Attorney
7        6401 Security Blvd.
8        Baltimore, MD 21235
         San Francisco, CA  94105
9        Telephone: 510-970-4819
10       e-mail: Geralyn.Gulseth@ssa.gov
11 Attorneys for Defendant

                 UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
                       WESTERN DIVISION

STACY EAGLE,                ) Case No. 2:23-cv-04454-SHK
                            )
        Plaintiff,           )
                            ) [PROPOSED] JUDGMENT OF
vs.                         ) REMAND
                            )
KILOLO KIJAKAZI, Acting     )
Commissioner of Social Security, )
                            )
        Defendant.           )
_____)

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  August 9, 2023            _____
                                  HON. SHASHI H. KEWALRAMANI
                                  UNITED STATES MAGISTRATE JUDGE